# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
SEP 0 2 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**Plaintiff:** James Robert Blanchard S15953 DOC

vs.

**Defendant(s):** State of Oklahoma, Enid Court House & Police Station & Lawyer office

**Case Number:** 22CV-386 GKF-SH

**Current Location (including Address) of Confinement:** Crabtree MSU Pod 4 Bottom Rank 110, 216 N Murray St Helena okl

**Prisoner Number:** S15953

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A. Parties**

1) James R. Blanchard (Plaintiff) is a citizen of United State (State) who presently resides at 216 N Murray St Helena Oklahoma (Mailing address or place of confinement)

2) Defendant Kartina Matousel [Officer Funnels & 3 others EPD] is a citizen of United State (City, State), and is employed as Enid Oklahoma Court House Lawyer (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes [ ] No

If your answer is yes, briefly explain: Way I looked & dressed & tatto's cause I'm a felon & cause I'm white & whom I Am Police Report & Affaduia proue this

[margin note: Lawyer of Enid 73701 court house / police report & Affaduia proue this]

3) Defendant Jimmy Buns JR (Name of second defendant) is a citizen of United State (City, State), and is employed as DA at Enid Oklahoma 73701 Court House (Position and title, if any) Jimmy Buns JR on All cases

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [ ] Yes [X] No

If your answer is yes, briefly explain: _____

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983    1    PR-01 (07/08)

Rulings Concerning marking of toy, Imitation, & Look-Alike fiReams

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

**B.   Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

   [✗] 42 U.S.C. §1983 (applies to state prisoners)

   [ ] Bivens *v Six Unknown Named Agents of Fed. Bureau of Narcotics* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

*[Handwritten annotations in margins:]* During Intrapment: Self Def Act — Judgeing me The way I look — const Amend 4,5,6,1 — No Marianda Warining: questions, Intrapment arrest, Appeal within 10 wking Days

**C.   Nature of Case**

1) Briefly state the background of your case. 

*[Handwritten:]* DOJ — I Had two unopen toy Airsoft guns & Might Had another Inside My pocket, But By law (cfd) IS (soo1) United State Customer Service Japan All Airsofts Have to Be Marked Its IS Law & Reg

**D.   Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a)   (1) Count I: *[Handwritten:]* Cf-2020-204 HAD New toy Airsoft Guns The EPD charge me w/ poession them, By Law cannot charge Me, cause Bylaw of the mockeings

*[Margin handwriting:]* & you can tell they are platic play toys Which they are & No Law Broken So By law I Can Have toy Guns Airsoft) Never DID EPD ask if Need Lawyer & Never ask or question me Search or question me

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[Handwritten:]* (4) EPD cops officer tunnel's May 25, 2020 prove this By charge & police peports & Affedvia & footage of viedo's. (acting Matousek) (DA Jimmy Buns JR)         (Lawyer)

(1) Count II: *[Handwritten:]* Cf-2020-383,   Sep 2020 No Miranda Wacining footage prove this   x

*[Margin handwriting:]* The EPD Violated My Rights By Intrapment Me asking questions Like If someone pick or Hit w/ Airsoft self Def Act — would you kill

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983                                                     PR-01/07/98

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

SPD cop you Have Get Police Report & video My const Amend cites violated 4, 5, 6,

(1) Count III: cm-2019-555, 600, 1043, 929, & others Doulbled Illegal Sentence false Inprisonment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Judge Jason Siege & Judge Hialok & Jimmy Buns Jr on appeal for 1yr while on appeal Judge siege sentence me to 2yr probation for cm-2019-1043, 929, Ran w/ cm-2019-555, 600, others than appeal 2yr probation & went

E. Request for Relief

1) I believe that I am entitled to the following relief:

I Belive charges should Be sponge & Relese from prison at once & Money IN My Bank account & Everyone Should Get INto some Kind of troulB

James R. Blanchard
Original Signature of Plaintiff
515953

_____
Original Signature of Attorney (if any)

_____
Attorney's full address and telephone number

[Left margin, with arrow pointing to supporting facts:]
You can find this All out of footages Police Report Affadavid, Phone Call Text Messages on probiary Sou'lation IN County Jail

fals Inprisonment on cm cases & cf case 2020-204 Not against the Law to possess toy Airsoft guns No Laws Bcoken

[Bottom center, with arrows:]
Bonded out twice on appeal Bond (580) cm-2019-555 others
227 Bond

[Bottom right, with arrow:]
Judge Hialok court Room & DA Jimmy Buns JR & Judge Hialok sentence me once again on cm-2019-1043, 929, & Ran cm-2019-555, others 600 w/ cf cases 2020-204 while on appeal for them IN Judge Jason Siege court Room & made me appeal Bond 3,000 Dennise Price Bondsman

Look on Back
Oklahoma Statute

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at **Court House Enid OK** (Location) **County Jail Enid OK, Enid Police Station Oklahoma S By Cleveland St West Garrott St** on **May 25 2020** (Date).

(Original Signature of Plaintiff) **James R Blanchard**
**575953**

Plea aggements will prove Situation for CM cases CM-2019-1043, 929, 555, 600, others Lawyer IN those cases Jim Guncoll, Ben Barker, for 1YR probation & 2YR probation Dennise Price Bondsman on all cases (580) 227 OSCN.com, Court Clerk, records of Enid Court Bond House, Court Docket Sheet, Court Mins, mic, videos, Body cam, Dash cam, Cleveland St lights cameras,

THere wasnt No police statement from (WB) wittnes & No phone voice clips to EPD Station By Her 1, cam Body turned off CF-2020-204 POF

(IS) 5001 reg marking Are for all Airsoft's toy guns

On Case XX 1283 said Neve change toy Guns & Does Not say felon cannot poess toy Airsoft guns & All Imitation & look-like & toy guns Airsofts Have to Have color plugs (IS) 5001 USA CFR part 1150

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983      4      PR-01 (07/08)

The samples do not bear a blaze orange plug or exterior coloring as required under 15 U.S.C. 5001 & 15 C.F.R. part 1150 & therefore, are not admissible & are subject to seizure under 19 U.S.C. 1595a(c) for a violation of Section 5001

(15 C.F.R. 1150.3(b))
Airsoft's
↓
( 15cfr 1150 Imitation )
↓
Airsoft's toy Guns

RE: toy guns
(United State C.F.R. Customs Service)

15 C.F.R. part 1150

15 U.S.C. 5001 & 15 C.F.R. title 15

[crossed out: 15cfr 1150.3(b) Imitation]

Must Have Blaze orange Marking permanently affixed to the barrel & cover barrel & muzzle end

15 U.S.CA §5001
Penalties for entering into commerce of Imitation firearms

~~The Samples Do not bear a blaze orange plug or exterior coloring as required under 15 U.S.C. 5001 & 15 C.F.R. Part 1150 & therefore are not admissible & are subject to seizure under 19 U.S.C. 1595a(c) for a violation of Section 5001~~

We conclude that the set Designated as Model Is subject to seizure pursuant to 19 U.S.C. 1595 a (c) for a violation of 15 U.S.C. 5001 because the small plastic Airsoft toy guns Is Not Marked as Required. The toy gun sample submitted in the set Designated comply with 15 U.S.C. 5001 & 15 C.F.R. 1150 & 1150.3 & therefore, toys Which are Identical to these submitted samples may Be Imported. this ruling does Not extend to any toys guns, which differ in any way from those presented for the purposes of this ruling. John F. Atwood, Chief Intellectual property Rights Brunott

Look Back

Had ↑ 2 Brand New IN packages UNopen Airsoft toy guns & may Be ① Inside pocket Not for sure cause on Dash Cam there No 3 come from pocket

Just New 2 ones IN Hand/unopen

But Not against the law even Have out of package & poess or carrie on Me as long No Law Being Broken even as a felon you Always fell By marking It's a fake toy guns & If No Marking Not My fault cause By law All Airsoft toy guns Requirements marking No Matter what By state law & united State law custom service Japan Airsoft toy guns 19 u.s.c. 1595 a(c) would Be IN Violation if Not Marked on toy guns & package THE EPD cops By law could Not charge Me for a real guns No Matter what cause you can tell fake & No laws Broken & IM wanna to Sue them



